## *In re* WALLER.

*(District Court, W. D. South Carolina. February 12, 1892.*

1. WITNESSES—FEES—POST-OFFICE.
    A person employed by a postmaster who receives a fixed salary, without any allowance for clerk hire, is not a "clerk or officer of the United States," within the meaning of Rev. St. U. S. § 850, declaring that such persons shall receive only their necessary expenses when summoned as witnesses in behalf of the government.
2. POST-OFFICE.
    There is no such office as deputy-postmaster of the United States.

Application of Lewis Waller for witness' fees. Allowed.

SIMONTON, District Judge. Lewis Waller, styling himself deputy-postmaster at Greenwood, S. C., is attending this court as a witness for a defendant. This defendant, being unable to pay his witnesses, obtained an order under section 878, Rev. St., and his witnesses, among them Waller, were summoned, and will be paid by the United States. Waller, being about to be discharged, claims the usual mileage and *per diem* of witnesses. Were he an officer of the United States, and summoned on behalf of the government, he would be entitled only "to his necessary expenses, stated in items, and sworn to, in going, returning, and attendance on the court." Rev. St. § 850. The same rule would be observed when an officer of the United States is summoned, and attends as a witness for the defendant, at the expense of the United States. Section 878, Rev. St., after stating the conditions under which the court may order witnesses to be summoned in behalf of an impecunious defendant, goes on: "In such case, the costs incurred by the process and fees of the witnesses shall be paid in the same manner that similar costs and fees are paid in case of witnesses subpœnaed in behalf of the United States." If he would be paid similar costs and fees as he would have secured had he been subpœnaed in behalf of the United States, he would get only his actual expenses. But this man calls himself deputy-postmaster. No such office is provided for in the acts of congress. It appears that the postmaster at Greenwood gets a fixed salary, out of which he pays such clerks as he may appoint. He need not appoint any. Under these circumstances, Waller cannot be called an officer of the United States. *U. S. v. Mouat,* 124 U. S. 303, 8 Sup. Ct. Rep. 505. Let him have the mileage and *per diem* of a witness, under section 848, Rev. St.